cided December 22, 1913. Motion for leave to file petition for writ of *habeas corpus* denied. *Mr. W. I. Cruce and Mr. A. C. Cruce* for the petitioner. *The Solicitor General* opposing.

No. 449. PARKER-WASHINGTON COMPANY, PLAINTIFF IN ERROR, *v.* HAROLD CRAMER, A MINOR, ETC. In error to the District Court of the United States for the Northern District of Illinois. Motion to dismiss or affirm, etc., submitted December 22, 1913. Decided January 5, 1914. *Per Curiam.* Dismissed for want of jurisdiction. *Union Trust Company of St. Louis* v. *Westhus*, 228 U. S. 519. *Mr. Henry R. Rathbone* and *Mr. Shepard Barclay* for the plaintiff in error. *Mr. Michael F. Gallagher* for the defendant in error.

No. ——. Original. JAMES M. COCKINS, PETITIONER, *v.* ADELAIDE MILLER BLICK AND HORACE J. MILLER. Submitted December 22, 1913. Decided January 5, 1914. Petition for a writ of error denied. *Mr. Samuel S. Mehard* and *Mr. Harvey A. Miller* for the petitioner. *Mr. John S. Ferguson* and *Mr. Joseph N. Ulman* for the respondents.

*Decisions on Petitions for Writs of Certiorari from October 13, 1913, to January 5, 1914.*

No. 709. THE UNITED STATES, PETITIONER, *v.* NIPISSING MINES COMPANY. October 20, 1913. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit granted. *The Attorney*